In re NEW YORK CITY INTERBOR-OUGH RY. CO. (Supreme Court, Appellate Division, First Department. November 25, 1910.) In the matter of the New York City Interborough Railway Company. No opinion. Motion granted, and opposing counsel allowed costs as in an action, to be taxed by the clerk. Settle order on notice. See, also, supra and infra.

In re NEW YORK CITY INTERBOR-OUGH RY. CO. (Supreme Court, Appellate Division, First Department. November 25, 1910.) In the matter of New York City Interborough Railway Company. No opinion. Motion granted. Settle order on notice. See, also, 126 N. Y. Supp. 1139 and supra.

NEW YORK MARKET GARDENERS' ASS'N., Respondent. v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by the New York Market Gardeners' Association against the City of New York.
PER CURIAM. Judgment affirmed with costs.
JENKS and BURR, JJ., dissent.

NEW YORK, O. & W. RY. CO., Appellant, v. CRAWFORD et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 9, 1910.) Action by the New York, Ontario & Western Railway Company against Malcom S. Crawford and others. No opinion. Motion denied. See, also, 125 N. Y. Supp. 1134.

NICKEL v. AYER. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Margeretha Nickel, as administratrix, against Frederick Ayer. No opinion. Motion denied. Order filed. See, also, 126 N. Y. Supp. 321.

NITZBERG v. DROEGE. (Supreme Court, Appellate Term. January 5, 1911.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by Harris Nitzberg against Otto H. Droege. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered. Otto H. Droege in pro. per. William B. Dressler, for respondent.
PER CURIAM. The plaintiff, a newsdealer, furnished to one Mrs. Samuels, an inmate of the Home for Aged Hebrews, newspapers and also small sums, amounting in all to the sum of $8.30. He seeks in this action to recover that amount from this defendant upon a claim that the defendant authorized such delivery and expenditure. The case is barren of evidence tending to show such authorization. The plaintiff seems to base his claim, mainly, upon the fact that at one time the defendant paid a bill for papers that had been delivered to Mrs. Samuels; but he testified that nothing was said about furnishing her with more papers after this bill was paid. The defendant was also shown to be, at one time, the attorney for Mrs. Samuels; but this is far from showing liability on his part to pay her debts. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

NORTHERN LUMBER CO., Respondent, v. A. ROBERSON & SON, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1910.) Action by the Northern Lumber Company against A. Roberson & Son. No opinion. Order affirmed, with $10 costs and disbursements.

OLSEN, Respondent, v. MEANY, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Marie Olsen against Henry T. Meany. No opinion. Motion to dismiss appeal granted, with costs.

ORMES, Appellant, v. DANIEL WINANT, Inc., Respondent. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by William H. Ormes against Daniel Winant, Incorporated. E. C. Crowley, for appellant. J. B. Uniacke, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice, as stated in order. Order filed.

PALMER LUMBER CO., Appellant, v. STERN, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by the Palmer Lumber Company against Kittie Stern, impleaded with others. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For former opinion, see 125 N. Y. Supp. 594.

PANZICA, Respondent, v. GUGINO, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by James Panzica against Carmelo Gugino. No opinion. Judgment and order affirmed, with costs.

PELHAM, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by William F. Pelham, as administrator, etc., of James W. Pelham, deceased, against the New York, New Haven & Hartford Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

PELO et al., Appellants, v. STEVENS, Superintendent of Public Works, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by William Pelo and another against Frederick C. Stevens, as Superintendent of Public Works, and others. No opinion. Judgment affirmed, with costs.

PEOPLE v. DICICIO. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Proceeding by the People of

the State of New York against Emilio Dicicio. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. FOCCARI, Appellant. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Proceeding by the People of the State of New York against Genaro Foccari. C. M. Kiefer, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. GIAMANCO. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Proceeding by the People of the State of New York against Frank Giamanco. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. GROSS. SAME v. WEINGARTEN. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Proceedings by the People of the State of New York against Albert Gross and against Samuel Weingarten. No opinions. Motions granted. Orders filed.

PEOPLE, Respondent, v. GRZESZCZAK, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Proceeding by the People of the State of New York against Stanley Grzeszczak. No opinion. Order of the County Court of Nassau County, denying motion for a new trial, reversed, and motion granted.

PEOPLE, Respondent, v. GRZESZCZAK, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Proceeding by the People of the State of New York against Stanley Grzeszczak.

PER CURIAM. Judgment of conviction of the County Court of Nassau County reversed, and new trial ordered, because of error in the admission of the testimony of the witness Hoffman, and of error in the admission of declarations of the witness defendant's wife, in the absence of defendant, and also for error in exclusion of testimony as to the reputation of the defendant at folio 190 of the record.

PEOPLE, Appellant, v. HALE, Respondent. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Proceeding by the People of the State of New York against William H. Hale. M. M. Wyvell, for the People. W. G. Breed, for respondent. No opinion. Determination (62 Misc. Rep. 240, 114 N. Y. Supp. 945) affirmed, with costs. Order filed. See, also, 138 App. Div. 891, 122 N. Y. Supp. 1141.

PEOPLE, Respondent, v. HERBERT, Appellant et al. (Supreme Court, Appellate Division, First Department. January 6, 1911.) Proceeding by the People of the State of New York against Walter Herbert, impleaded with others. G. G. Battle, for appellant. F. C. Tanner, for the People. No opinion. Order affirmed. Order filed. See, also, People ex rel. Herbert v. Hanley, 126 N. Y. Supp. 840.

PEOPLE, Respondent, v. KRIEGER, Appellant. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Proceeding by the People of the State of New York against Adolph Krieger. T. J. O'Neill, for appellant. R. S. Johnstone, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. LANKENAU, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Proceeding by the People of the State of New York against Henry Lankenau.

PER CURIAM. Judgment of conviction of the Court of Special Sessions reversed, and new trial ordered, on the ground that the guilt of the defendant was not established beyond a reasonable doubt.

HIRSCHBERG, P. J., and RICH, J., dissent.

PEOPLE, Respondent, v. McDERMOTT DAIRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Proceeding by the People of the State of New York against the McDermott Dairy Company.

PER CURIAM. The mere possession of the milk, under the circumstances of this case, was not sufficient to justify a judgment of conviction. See People v. Timmerman, 79 App. Div. 565, 80 N. Y. Supp. 285, affirmed 179 N. Y. 550, 71 N. E. 1136. Judgment of the Municipal Court reversed, and new trial ordered. See, also, 122 N. Y. Supp. 294.

HIRSCHBERG, P. J., and THOMAS, J., dissent.

PEOPLE, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Proceeding by the People of the State of New York against Tony Miller. M. H. Gottlieb, for appellant. R. C. Taylor, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. MITCHELL, Appellant. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Proceeding by the People of the State of New York against Irene Mitchell. Karlin & Busch, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. MORRISON. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Proceeding by the People of the State of New York against Joseph Morrison. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. PRATHER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Proceeding by the People of the State of New